UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILLIE CHRISTOPHER HENDERSON | CIVIL ACTION |
| VERSUS | NO. 18-7683 |
| 32ND JUDICIAL DISTRICT OF TERREBONNE PARISH, ET AL. | SECTION "R" (3) |

## ORDER

Plaintiff Billie Christopher Henderson filed this *pro se* civil action pursuant to 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

For the reasons explained by the Magistrate Judge, plaintiff's complaint is frivolous and fails to state a claim upon which relief may be granted. Accordingly, plaintiff's complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(b).

New Orleans, Louisiana, this __5th__ day of December, 2018.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 5.